IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JANE DOE, By her parents and next of friends, )
 JANE ROE and JOHN DOE, )
  )
 Plaintiff, )
  ) 1:23-cv-1358 (LMB/WEF)
 v. )
  )
LOUDOUN COUNTY SCHOOL BOARD, )
  )
 Defendant. 

ORDER

Before the Court is plaintiff Jane Doe's ("plaintiff") Motion for Leave to Proceed

Anonymously [Dkt. No. 3], requesting that the Court allow plaintiff to proceed pseudonymously

because of the significant media coverage surrounding this action and because she is a minor

who has already been subjected to bullying and fears additional harassment resulting from this

action. Because plaintiff has provided good cause for the relief requested and because allowing

plaintiff to proceed under a pseudonym would not prejudice the parties, it is hereby

ORDERED that plaintiff Jane Doe's Motion for Leave to Proceed Anonymously [Dkt.

No. 3] be and is GRANTED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 13 day of October, 2023.

Alexandria, Virginia

     /s/
     Leonie M. Brinkema
     United States District Judge