IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JANE DOE BY HER PARENTS AND
NEXT FRIENDS, JANE ROE AND JOHN
DOE,

    Plaintiff,

v.                                  Case No. 1:23-cv-01358

LOUDOUN COUNTY SCHOOL BOARD,

    Defendant.

## UNOPPOSED MOTION TO WITHDRAW FROM REPRESENTATION OF PLAINTIFF'S JANE DOE BY HER PARENTS AND NEXT FRIENDS, JANE ROE AND JOHN DOE

Comes now, the undersigned counsel, and moves this Court to enter an Order granting leave to William M. Stanley, Esquire and the law firm of The Stanley Law Group, PLLC, and Louis N. Joynes, Esq. and the law firm of Joynes and Gaidies to withdraw from further representation of Plaintiff's Jane Doe by her Parents and Next Friends, Jane Roe and John Doe in the above-styled matter.

Plaintiff's Jane Doe by her Parents and Next Friends, Jane Roe and John Doe consent to this withdrawal, and have released undersigned counsel from representing them further in this matter. Plaintiff's Jane Doe by her Parents and Next Friends, Jane Roe and John Doe will continue to be represented by competent counsel, and movant is unaware of any opposition to this motion by any relevant party.

Therefore, and pursuant to Rule 11 of the Federal Rules of Procedure, undersigned counsel respectfully requests that this Court issue an Order granting his motion to withdraw from representation of Plaintiff's Jane Doe by her Parents and Next Friends, Jane Roe and John Doe.

Dated: April 29, 2024

Respectfully submitted,
Jane Doe, by her parents and next friends,
Jane Roe and John Doe
By Counsel

/s/ William M. Stanley, Esq.
William M. Stanley, Esq. - VSB# 37209
THE STANLEY LAW GROUP, PLLC
13508 Booker T. Washington Hwy.
Moneta, Va. 24121
Telephone: 540-721-6028
Fax 540-721-6405
bstanley@vastanleylawgroup.com

and

/s/ Louis N. Joynes, II, Esq.
Louis N. Joynes, II, Esq. (VSB# 25822)
Joynes & Gaidies
502 Viking Drive, Suite 201
Virginia Beach, VA 23452
Telephone: (757) 486-3000
Facsimile: (757) 486-4732 Email: mike@joyneslaw.com
Co-Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2024, a copy of the foregoing motion was filed via CM/ECF, which will send a notification of such filing to all counsel of record.

David P. Corrigan (VSB No. 26341)
Melissa Y. York (VSB No. 77493)
Counsel for Loudoun County School Board
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
myork@hccw.com

/s/ William M. Stanley, Esq.

