IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JANE DOE, <br><br> Plaintiff, <br><br> v. <br><br> LOUDOUN COUNTY SCHOOL BOARD <br><br> Defendant. | Case No. 1:23-cv-01358-LMB-WEF |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the above entitled and numbered action be dismissed without prejudice.

Dated: May 2, 2024                                             Respectfully submitted,


*/s/  Benjamin North*                                          */s/  David P. Corrigan*
Benjamin North (VSB No. 97439)           David P. Corrigan (VSB No. 26341)
BINNALL LAW GROUP, PLLC                  Melissa Yvonne York (VSB No. 77493)
717 King Street, Suite 200               Harman Claytor Corrigan & Wellman
Alexandria, Virginia 22314               Richmond, VA 23255
Tel:  (703) 888-1943                     (804) 747-5200
Fax: (703) 888-1930                      Email: dcorrigan@hccw.com
ben@binnall.com                          myork@hccw.com

*Counsel for Plaintiff Jane Doe*                   *Counsel for Defendant*